Syed M.A. HASAN, Petitioner,

v.

**SECRETARY OF LABOR, U.S. Department of Labor, Respondent.**

**No. 03–1981.**

United States Court of Appeals, First Circuit.

March 24, 2004.

Syed M.A. Hasan, on brief pro se.

Mary J. Rieser, Attorney, Office of the Solicitor, Division of Fair Labor Standards, Howard M. Radzely, Acting Solicitor of Labor, Steven J. Mandel, Associate Solicitor and Paul L. Frieden, Counsel for Appellate Litigation, on brief for respondent.

Before TORRUELLA, Circuit Judge, CYR and STAHL, Senior Circuit Judges.

PER CURIAM.

After carefully considering the briefs and record on appeal, we *affirm.*

The appellant argues that his complaint should not have been dismissed because it contained the short, plain statement of his claim required by *Swierkiewicz v. Sorema,* 534 U.S. 506, 122 S.Ct. 992, 152 L.Ed.2d 1 (2002). However, *Swierkiewicz* is inapposite. First, the appellant's case was not

dismissed solely on the basis of the allegations of his complaint. Secondly, the Energy Reorganization Act, unlike the statutes at issue in *Swierkiewicz*, includes a gatekeeping restriction. *See* 42 U.S.C. § 5851(b)(3)(A); 29 C.F.R. § 24.5(b); *Trimmer v. Department of Labor*, 174 F.3d 1098 (10th Cir.1999).

Appellant's argument that he was entitled to additional discovery is unavailing, as are his remaining arguments. The requested discovery would not have tended to rectify the defect in his case.

*Affirmed.* Loc. R. 27(c).